DECISION

No. DC-86-042b

The application of the above-named defendant for a review of the sentence of 10 years for Obstructing Justice imposed on October 1, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Terry Mailloux of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. BEA LEONE LARSON, Defendant.

DECISION

No. 7268

The application of the above-named defendant for a review of the sentence of 10 years for Issuing a Bad Check, to run concurrently with Cause No. DC-85-24, out of Lincoln County and that she pay a $20.00 fee to go to the Surcharge Fund imposed on May 2, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Scott Gratton of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Nineteenth Judicial District, County of Lincoln, STATE OF MONTANA, Plaintiff vs. BEA LEONE LARSON, Defendant.

DECISION

No. DC-85-24

The application of the above-named defendant for a review of the sentence of 10 years for Issuing a Bad Check; credit for 129 days served; plus the Defendant must

enroll in the Life Skills Program or any appropriate training center; and she is not to open or use a checking account when released on parole imposed on December 23, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 10 years for Issuing a Bad Check; credit for 129 days served; plus a recommendation that the Defendant be released to a training Program which would be under the supervision of custodial authorities at the Women's Correctional Facility; and she is not to open or use a checking account when released on parole.

The reason for the amendment is that it will give administration more discretion in properly supervising this woman on parole.

We wish to thank Scott Gratton of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Twentieth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. WILLIAM ISAAC "BILLY" NESS, Defendant.

### DECISION

No. DC-85-70

The application of the above-named defendant for a review of the sentence of 5 years with 1 year suspended for Burglary; plus conditions; Swan River Recommended; credit for 87 days served imposed on December 7, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Les Ocks of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

## JULY 1987 CALENDAR

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. ROBERT EUGENE ORR, Defendant.